

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

The Good Shepherd Hospital, Inc. d/b/a Christus Good Shepherd Medical Center Longview, Appellant

No. 06-18-00107-CV      v.

Select Specialty Hospital - Longview, Inc., Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 18-0718). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Burgess, participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the trial court's temporary injunction. We affirm the temporary injunction of the trial court.

We further order that the appellant, The Good Shepherd Hospital, Inc. d/b/a Christus Good Shepherd Medical Center Longview, pay all costs of this appeal.

RENDERED MAY 3, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk